United States District Court for the SOUTHERN
District of NEW YORK
File Number 16-CR-666(kmk)

DANTE MCNAIR
PRO SE, Plaintiff

v.

UNITED STATES OF AMERICA, Defendant

Notice of Appeal

Notice is hereby given that PLAINTIFF (here name all parties taking the appeal), (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the 2ND Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 10th day of JAN, 20 20

(s) NONE
Attorney for
Address:

*[Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]*

RECEIVED
FEB 06 2020
S.D.N.Y.
W/P

* See Rule 3(c) for permissible ways of identifying appellants.

