# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

May 22, 2020

Hon. Kenneth M. Karas  
United States District Court  
300 Quarropas Street  
White Plains, New York   10601

      re: *United States v. Kinyon (Dante McNair)*, 16-cr-666 (KMK)  
        U.S. Court of Appeals Dkt. No. 20-520

Dear Judge Karas:

    I have been appointed by the United States Court of Appeals for the Second Circuit to represent Mr. McNair in his appeal from this court's denial (in orders entered by endorsement on December 23, 2019 and January 13, 2020), of his *pro se* motion to modify his sentence.

    This letter is a request that the Court provide me with a copy of the Statement of Reasons issued in accordance with Fed. R. Crim. P. 32(h) in connection with Mr. McNair's sentencing. I have filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967). The Second Circuit's instructions for *Anders* briefs require that counsel file the statement of reasons in a case involving imposition of a sentence constituting a variance from the United States Sentencing Commission guidelines, as is the case with Mr. McNair, who recevied a below-guideline sentence.

                                  Very truly yours,

                                  /s/ *Theodore S. Green*  
                                  Theodore S. Green

cc: All counsel (by ECF)