**MEMO ENDORSED**   AUG 27 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

UNITED STATES OF AMERICA

V.                                    CASE NO.: 16-CR-666 (KMK)

DANTE McNAIR
   (Petitioner)
   (Defendant)

_____

DANTE McNAIR'S EMERGENCY MOTION FOR
COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(C)(1)(A)

Submitted By:

DANTE McNAIR, PRO SE
FED # 78214-054
L.S.C.I. Allenwood-Low
P.O. Box 1000
WHITE DEER, PA 17887

## Conclusion

WHEREFORE, Petitioner, DANTE McNAIR, PROSE (HANDWRITTEN motion - due to the lack of access to a TYPE WRITER) humbly request that this Court PLEASE GRANT this motion in-line with majority of Courts around this country have been Releasing Prisoners (or not sending Defendants to Prison) based on the Coronavirus Pandemic. Petitioner has secure Residential housing with his family and kid and such Release for (immediate Release) of Home confinement to avoid the Covid-19 deadly virus and for the aforementioned reasons; this Court should order the BOP Petitioner's to be Released due to health (terminally Potential) issues and to avoid Petitioner from dying in Prison; and for such other and further Relief deemed proper and necessary in the interest of Life and Death.

DATED: August 19th, 2020

Respectfully submitted,

_Dante Mc___
DANTE McNAIR, PROSE
FED No. 78214-054
LSCI Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

The Government is to respond to this application by 9/11/20, to mail a copy of this to Mr. McNair, and certify that it did so by 9/2/20.

So Ordered.

_[signature]_
8/28/20