# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

**MEMO ENDORSED**

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

December 2, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

Re: *United States v. Kinyon (Dante McNair),* 16-cr-666 (KMK)

Dear Judge Karas:

This letter is an application to appoint undersigned counsel pursuant to the Criminal Justice Act to represent Dante McNair for purposes of litigating a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(1)(A). I had previously been appointed pursuant to CJA to represent Mr. McNair during the underlying proceedings on this indictment. Mr. McNair is currently in the custody of the Bureau of Prisons and I have no reason to believe that his financial condition has materially changed with regard to his eligibility for appointed counsel. On information and belief, Mr. McNair has forwarded to the Court pro se correspondence which seeks compassionate release based on conditions at FCI Fort Dix and his medical condition, in light of the current COVID-19 pandemic. If appointed, I anticipate supplementing any pro se submissions that have already been made.

Granted.

So Ordered.

*[signature]*
12/2/20

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)