

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 19, 2021

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

   Re: *United States v. Dante McNair*, 16 Cr. 666 (KMK)

Dear Judge Karas:

   The Government respectfully requests that docket entry 353 in this case be stricken. The Government erroneously filed a letter for a different case under docket entry 353. The correct letter has been filed under docket entry 354.

Granted.

So Ordered.

1/19/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: /s/ Hagan Scotten
  Hagan Scotten
  Assistant United States Attorney
  (212) 637-2410

Cc: Theodore Green, Esq. (by ECF)